IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| | ) Case No: 6:23-cr-00834-JDA |
| | ) |
| vs. | ) |
| | ) |
| Naineshkumar Patel, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

**YOU WILL PLEASE TAKE NOTICE** that the undersigned hereby states that his office has been retained as counsel of record by and for the Defendant, Naineshkumar Patel. The undersigned hereby makes a general appearance on behalf of Naineshkumar Patel.

Respectfully submitted,

/s/ Ryan L. Beasley
Ryan L. Beasley, #9162
Mary Hunter Tomlinson, #13113
A. Lance Crick, #7765
Ryan L. Beasley, P.A.
416 East North Street
Greenville, S.C. 29601
T:  (864) 679-7777
rlb@ryanbeasleylaw.com

October 18, 2023
Greenville, South Carolina